Magistrate Judge Theresa L. Fricke

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFF NICHOLS,<br><br>                Plaintiffs,<br><br>   vs.<br><br>JIM WALSH, Representative for the 19th Legislative District, in his official capacity,<br><br>                Defendant/Respondent. | NO. 3:18-cv-05859-TLF<br><br>STIPULATION AND ORDER OF DISMISSAL |

## INTRODUCTION

The Plaintiff, together with and through his counsel of record, stipulate to the dismissal with prejudice of all claims against Defendant in the above-entitled action without costs to either party.

STIPULATION AGREED TO this 4th day of June, 2021.

Stipulated to and presented by:

The North Creek Law Firm


By /s/ Mark C. Lamb  Date: June 4, 2021

   Mark C. Lamb, WSBA No. 30134
   Attorney for Defendant JIM WALSH, Representative for the 19th Legislative District, in his official capacity

STIPULATION AND ORDER OF
DISMISSAL - 1

Stipulated to, approved for entry, notice of presentation waived:

By <u>/s/ Billie Morelli</u>    Date: June 4, 2021

   Billie Morelli, WSBA No. 36105

   Attorney for Plaintiff Jeff Nichols

## ORDER

Based upon the foregoing stipulation of the parties,

IT IS ORDERED that this action against Defendant JIM WALSH is dismissed with prejudice and without costs to either party.

Dated _____, 2021.

_____

Honorable Theresa Fricke

Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL - 2

The North Creek Law Firm
12900 NE 180th Street #235
Bothell, Washington 98011
(425) 368-4238
mark@northcreeklaw.com